## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 125 EAL 2014
:
Respondent : 
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
STEFANUS S S. SANTOSO, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.